CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
ANDREW M. SCOBLE (CABN 124940)
JONAH P. ROSS (CABN 305076)
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (415) 436-7196
   FAX: (510) 637-3724
   Email: alexis.james@usdoj.gov
          andrew.scoble@usdoj.gov
          jonah.ross@usdoj.gov

Attorneys for United States of America

FILED
OCT 31 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARVIN BONILLA,<br>    a/k/a "Malandro,"<br>EDWIN CANO-MERIDA,<br>    a/k/a "Zombie,"<br>CESAR ROLANDO LUCAS-PABLO,<br>    a/k/a "Lobo,"<br>WALFER MENDOZA-MENDOZA,<br>    a/k/a "Shorty,"<br>GONZALO PABLO,<br>    a/k/a "Chalo,"<br>JERONIMO "ORLANDO" PABLO-CARRILLO,<br>    a/k/a "Paisano,"<br>MARIO PABLO-MATIAS,<br>    a/k/a "Chuco,"<br>RAYMUNDO PABLO-MATIAS,<br>    a/k/a "El Moch,"<br>CARLOS RAMIRO-MENDOZA,<br>    a/k/a "Minch,"<br><br>    Defendants. | NO.: 25-cr-0332 HSG<br><br>MOTION TO UNSEAL AND [PROPOSED[<br>ORDER<br><br>**UNDER SEAL** |

MOTION FOR SEALING ORDER               1               v. 2/22/2020

1
2    The United States, by and through its counsel, Assistant United States Attorney Alexis James,
3  moves this Court for an order unsealing the above-referenced case in entirety, except docket entry
4  number 13, as described in court on October 30, 2025. Several of the defendants have been arrested and
5  are in federal custody, thus disclosure of the case is no longer likely to jeopardize the investigation or
6  impending arrests.
7    Accordingly, the United States requests that the Court unseal the entire case, except docket entry
8  number 13.
9
10 DATED: October 31, 2025          Respectfully submitted,
11                                  CRAIG H. MISSAKIAN
                                    United States Attorney
12
13
                                    /s/
14                                  Alexis James
                                    Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  ALEXIS JAMES (NYBN 5603865)
    ANDREW M. SCOBLE (CABN 124940)
 5  JONAH P. ROSS (CABN 305076)
    WENDY M. GARBERS (CABN 213208)
 6  Assistant United States Attorneys

 7      1301 Clay Street, Suite 340S
        Oakland, California 94612
 8      Telephone: (415) 436-7196
        FAX: (510) 637-3724
 9      Email: alexis.james@usdoj.gov
               andrew.scoble@usdoj.gov
10             jonah.ross@usdoj.gov

11  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO.: 25-cr-0332 HSG |
|---|---|
| Plaintiff, | ) [PROPOSED] SEALING ORDER |
| v. | ) **UNDER SEAL** |
| MARVIN BONILLA, a/k/a "Malandro," EDWIN CANO-MERIDA, a/k/a "Zombie," CESAR ROLANDO LUCAS-PABLO, a/k/a "Lobo," WALFER MENDOZA-MENDOZA, a/k/a "Shorty," GONZALO PABLO, a/k/a "Chalo," JERONIMO "ORLANDO" PABLO-CARRILLO, a/k/a "Paisano," MARIO PABLO-MATIAS, a/k/a "Chuco," RAYMUNDO PABLO-MATIAS, a/k/a "El Moch," CARLOS RAMIRO-MENDOZA, a/k/a "Minch," Defendants. | ) |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for an unsealing order, in the above-referenced case, shall be GRANTED.

The entirety of the case shall be unsealed, except for docket entry number 13 for reasons described on the record on October 30, 2025.

IT IS SO ORDERED.

DATED: 10/31/25

HON. DONNA M. RYU
United States Magistrate Judge